■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENOS RAGGUETE, Appellant. [39 NYS3d 820]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (D'Emic, J.), rendered October 30, 2014, upon remittitur from this Court for resentencing after modification (*see People v*

*Ragguete*, 120 AD3d 717 [2014]), upon his conviction of attempted assault in the first degree.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentence imposed upon remittitur was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]; *cf. People v Brown*, 123 AD3d 1298 [2014]). Leventhal, J.P., Maltese, LaSalle and Brathwaite Nelson, JJ., concur.